# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hunter, Henley A. | U.S. Bankruptcy Court | 05/08/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

300 Jackson Street
Alexandria, LA 71301-8357

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hunter, Henley A. | 05/08/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 12/31/2014 | History Book Sales | $459.50 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. Spring '14 | Upper Iowa University (Spouse) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Louisiana State University | 10/23/14- 10/24/14 | Baton Rouge, Louisiana | Annual Bankruptcy Law Seminar at LSU. Expenses paid by LSU. I was a guest speaker | Mileage, Food and Lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hunter, Henley A. | 05/08/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑     NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑     NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hunter, Henley A. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Capital One | A | Interest | J | T | | | | | |
| 2. Bossier Federal Credit Union | A | Interest | J | T | | | | | |
| 3. FAM Value Fund | C | Dividend | K | T | | | | | See Notes |
| 4. Brokerage Account #1 (H) | | | | | | | | | |
| 5. Berkshire Hathaway | | None | J | T | | | | | |
| 6. Ameritrade Money Market | A | Interest | J | T | | | | | |
| 7. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 8. United Healthcare Group | A | Dividend | J | T | | | | | |
| 9. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 10. Express Scripts, Inc. | A | Dividend | J | T | | | | | |
| 11. IRA Brokerage Account #1 (H) | | | | | | | | | |
| 12. Calamos Fund: Calamos Convertible Growth & Income | A | Dividend | K | T | | | | | |
| 13. Kinder Morgan Inc. formerly Kinder Morgan Energy Partners LP | A | Dividend | K | T | | 12/02/14 | | | See Notes |
| 14. American Funds: American Funds Capital World Growth & Income | A | Dividend | K | T | | | | | |
| 15. American Funds: American Funds Investment Co. of America | A | Dividend | K | T | | | | | |
| 16. Gamestop Corp. | A | Dividend | J | T | | | | | |
| 17. Raymond James Bank | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hunter, Henley A. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Berkshire Hathaway | | None | J | T | | | | | |
| 19. GNMA CMO Series 2003 13 | A | Dividend | J | T | | | | | |
| 20. Franklin Income | A | Dividend | K | T | | | | | |
| 21. IRA Brokerage Account #2 (H) | | | | | | | | | |
| 22. Cisco Systems, Inc. | A | Dividend | K | T | | | | | |
| 23. Yahoo | A | Dividend | J | T | | | | | |
| 24. Ameritrade Cash Acct. | A | Interest | J | T | | | | | |
| 25. Apple Computer | A | Dividend | K | T | | | | | |
| 26. Viragen, Inc. | | None | | | | | | | See Notes |
| 27. Chicago Bridge & Iron Co. | A | Dividend | J | T | | | | | |
| 28. Crocs | A | Dividend | J | T | | | | | |
| 29. Linkedin Corporation | A | Dividend | K | T | Buy | 07/11/14 | K | | |
| 30. Brokerage Account #2 (H) | | | | | | | | | |
| 31. Intel Corporation | A | Dividend | J | T | Sold (part) | 01/17/14 | J | A | |
| 32. Microsoft | A | Dividend | J | T | | | | | |
| 33. Ameritrade Cash Acct. | A | Interest | J | T | | | | | |
| 34. Brokerage Account #3 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hunter, Henley A. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. FNMA Remic | A | Dividend | J | T | | | | | |
| 36. CLB Berkshire Hathaway | | None | J | T | | | | | |
| 37. Ebay | A | Dividend | K | T | Sold (part) | 03/28/14 | K | E | |
| 38. Invesco Global Core Equity | C | Dividend | K | T | | | | | |
| 39. Calamos Funds: Calamos Growth | E | Dividend | L | T | | | | | See Notes |
| 40. Hartford Funds: Hartford Capital Appreciation | E | Dividend | L | T | | | | | |
| 41. Guggenheim | D | Dividend | L | T | | | | | |
| 42. Raymond James Bank | A | Interest | J | T | | | | | |
| 43. Franklin Funds: Franklin Federal Tax Free Income | B | Dividend | K | T | | | | | |
| 44. TSY Inf. L 1XNB | A | Interest | | | Sold | 01/01/14 | K | D | |
| 45. Timberland, Natchitoches Parish, LA 37 acres | | None | K | W | Sold (part) | 12/20/14 | | | See Notes |
| 46. Timberland Harrison County, TX | D | Rent | L | W | Sold (part) | 10/18/14 | J | D | ME Opr. Inc. See Notes |
| 47. Regions Bank | A | Interest | J | T | | | | | |
| 48. Various Mineral Interests (H) | | | | | | | | | |
| 49. Gregg & Rusk Counties, TX | A | Royalty | J | W | | | | | |
| 50. Harrison County, TX | E | Royalty | N | W | | | | | |
| 51. Marion County, TX | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hunter, Henley A. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Nueces County, TX | A | Royalty | J | W | | | | | |
| 53. Panola County, TX | A | Royalty | J | W | | | | | |
| 54. Bossier Parish, LA | A | Royalty | J | W | | | | | |
| 55. Caddo Parish, LA | A | Royalty | J | W | | | | | |
| 56. Webster Parish, LA | A | Royalty | J | W | | | | | |
| 57. Ouachita Parish, LA | A | Royalty | J | W | | | | | |
| 58. Yazoo County, MS | A | Royalty | J | W | | | | | |
| 59. FAM Value Fund | A | Dividend | L | T | | | | | |
| 60. Woolsthorpe Technology Corporation | | | | | | | | | See Notes |
| 61. Capital One | A | Interest | J | T | | | | | |
| 62. Morgan Keegan Fair Fund X | C | Distribution | J | T | | | | | See Notes |
| 63. | | | | | | | | | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |
| 67. | | | | | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 3:  Income reported as dividends on these mutual funds are actually capital gains.

Line 13:  Merger.

Line 26: No price is listed for this company in both the 2013 and 2104 annual statements for Ameritrade for this brokerage account.  According to a release from the Securities and Exchange Commission dated August 25, 2008, the Registration of Viragen, Inc. was resolved.  This asset appears to have no value and will be omitted from reporting individual's final report effective on retirement.

Line 39:  Income reported as dividends on these mutual funds are actually capital gains.

Line 45:  Timber sale Walsh Timber Co. LLC, 500 Oosta Road, Zwolle, LA  71486. Deed signed December 2014. Harvesting to commence in 2015.

Line 46:  Timber sale JWP Ventures, 194 Merry Lane, Benton, LA  71006.

Lines 49-58: In this report, items shown as royalty may include lease bonuses per my letter of August 13, 2006.

Line 60:  As reported in 2012 Line 63, this company appears to be defunct and will be omitted from reporting individual's final report on retirement.

Line 62:  One-time distribution from class action claim.

| Name of Person Reporting | Date of Report |
|---|---|
| Hunter, Henley A. | 05/08/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Henley A. Hunter**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544